

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00417-CV

| | | |
|---|---|---|
| JEFF CRAWFORD, INDIVIDUALLY AND D/B/A J. CRAWFORD AGENCY; BLANDON BATTLES; ALISHA WILLIAMS; AND DEJONG ROBLOW, Appellants | § § | On Appeal from the 352nd District Court of Tarrant County (352-331577-22) |
| V. | § | December 21, 2023 |
| GRATEFUL DEVELOPMENT, LLC, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM